# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TSWAKAI TSOMONDO**

        **V.**        **CASE No.: 5:08-CV-510(NPM/GJD)**

**TOMPKINS COUNTY SHERIFF,**
**TOMPKINS COUNTY ATTORNEY**

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing the complaint with prejudice pursuant to the Order of the Hon. Neal P. McCurn filed May 15, 2008.

DATED:    May 15, 2008

                                                  Clerk of Court

LKB:lmp